IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WHITLEY DAVIS,<br><br>　Plaintiff,<br><br>v.<br><br>ETHICA HEALTHCARE D/B/A TRADITIONS HEALTH AND REHABILITATION,<br><br>　Defendant. | Civil Action No.<br><br>1:19-cv-04587-AT-LTW<br><br>JURY TRIAL DEMANDED |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Whitley Davis and Defendant Ethica Healthcare d/b/a Traditions Health and Rehabilitation, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action.  All parties agree to pay their own costs and fees associated with this dismissal.

*[Signatures on following page.]*

1

Respectfully submitted this 5th day of March, 2020.

| BARRETT & FARAHANY | CONSTANGY, BROOKS, SMITH & PROPHETE, LLP |
|---|---|
| s/ *Calvin W. Blackburn III* | s/ *W. Jonathan Martin II* |
| Calvin W. Blackburn III | W. Jonathan Martin II |
| Georgia Bar No. 196674 | Georgia Bar No. 474590 |
| *Attorney for Plaintiff* | E. Graham Newsome |
| 1100 Peachtree Street, Suite 500 | Georgia Bar No. 815149 |
| Atlanta, Georgia 30309 | *Attorneys for Defendant* |
| (404) 214-0120 | 577 Mulberry Street, Suite 710 |
| calvin@justiceatwork.com | Macon GA, 31202 |
| | (478) 750-8600 |
| | jmartin@constangy.com |
| | enewsome@constangy.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WHITLEY DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>ETHICA HEALTHCARE D/B/A TRADITIONS HEALTH AND REHABILITATION,<br><br>    Defendant. | Civil Action No.<br><br>1:19-cv-04587-AT-LTW<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing *Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

W. Jonathan Martin II
jmartin@constangy.com
E. Graham Newsome
enewsome@constangy.com

Respectfully submitted this 5th day of March, 2020.

**BARRETT & FARAHANY**

s/ *Calvin W. Blackburn III*
Calvin W. Blackburn III
Georgia Bar No. 196674

3